**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☑ **5th** Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: **Ruben Castellano**   JOINT DEBTOR:   CASE NO.: **14-36858-LMI**
Last Four Digits of SS# **xxx-xx-8235**   Last Four Digits of SS#

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **60** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

- A. $ **2,736.14** for months **1** to **6** ;
- B. $ **3,772.53** for months **7** to **56** ;
- C. $ **17,756.78** for months **57** to **60** ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ **6,265.00**   TOTAL PAID $ **3,500.00**
Balance Due $ **2,765.00** payable $ **106.35** /month (Months **1** to **26** )

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. **Eastern Financial /Space Coast Credit Un**
   Address: **Po Box 419001; Melbourne, FL 32941**
   Account No: **xxxxxx0501**
   Arrearage on Petition Date $ **105,137.60**
   Arrears Payment $ **1,002.75** /month (Months **7** to **56** )
   Arrears Payment $ **13,750.00** /month (Months **57** to **60** )
   Regular Payment $ **2,286.18** /month (Months **1** to **60** )

2. **Spicewood Owner ASsociation, INc**
   Address: **C/O Carlos A. Triay, Esq.; 2301 NW 87th Ave, STE 501; Miami, FL 33172**
   Account No: **xxxx-xxxxxx-CA-01**
   Arrearage on Petition Date $ **0.00**
   Arrears Payment $ **0.00** /month (Months **0** to **0** )
   Regular Payment $ **70.00** /month (Months **1** to **60** )

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| **Eastern Financial Credit Union** c/o Alexis S. Read, Esq.; 25 SE Secound Ave, Suite; Pembroke Pines, FL 33082 Account No: xxxxxxx0217 | **Property Address 23965 SW 108 PL Miami , FL 33032-6177** **Full Legal Description SPICEWOOD SUB PB 161-51 T-21389 LOT 12 BLK 42 LOT SIZE 5800 SQ FT FAU 30 6019 000 0230 & 30 6020 000 0075 OR 21046-2257 022003 2 (486) COC 24644-388** $ **157,787.00** | **0%** | $ **0.00** | **60** To **60** | **0.00** |

Priority Creditors: [as defined in 11 U.S.C. §507]

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1. | *Internal Revenue Service Centralized Insolvency Operations; PO BOX 7346; Philadelphia, PA 19101-7346 | Total Due $ | 2,765.10 | | | | |
| | | Payable $ | 106.35 | /month | (Months **27** to **52**) | Regular Payment $ | N/A |

Unsecured Creditors:  Pay $ **106.35** /month (Months **53** to **60** ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

**Rejected Contracts and/or Leases**
**-NONE-**

**Assumed Contracts and/or Leases**
**-NONE-**

  **The debtor(s) will modify the plan to increase the amounts to be paid to provide for a 100% payment of all allowed unsecured claims.**


I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

 **/s/ Ruben Castellano**
 **Ruben Castellano**
 Debtor

 Date:  **April  2, 2015**

LF-31 (rev. 01/08/10)

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                                                                         Best Case Bankruptcy